156 A.3d 1043

### IN THE MATTER OF KEITH T. SMITH, AN ATTORNEY AT LAW (ATTORNEY NO. 024721989)

March 27, 2017

## ORDER

The Court on January 27, 2017, having ordered that **KEITH T. SMITH** of **EGG HARBOR,** who was admitted to the bar of this State in 1989, be temporarily suspended from the practice of law pursuant to *Rule* 1:20–15(k), effective February 28, 2017, for failure to comply with the determination of the District I Fee Arbitration Committee in District Docket No. I–2015–0037F, and to pay a sanction of $500 to the Disciplinary Oversight Committee in DRB 16–424;

And it having been reported to the Court that **KEITH T. SMITH** now has complied with the fee arbitration determination and has paid the Disciplinary Oversight Committee the $500 sanction;

And good cause appearing;

It is ORDERED that **KEITH T. SMITH** is hereby reinstated to the practice of law, effective immediately.